UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTIN GARCIA,<br><br>         Plaintiff,<br>    -v-<br><br>560 NY MINI MARKET INC. *et al.*,<br><br>         Defendants. | 24 Civ. 4572 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On September 23, 2024, the Court scheduled an initial pretrial conference in this matter for November 12, 2024 at 3:00 p.m. Due to an unavoidable conflict, the Court adjourns that telephonic conference to **November 13, 2024 at 3:00 p.m.** The parties' submissions are due today, November 8, 2024, as indicated at Docket 17.

SO ORDERED.

                *Paul A. Engelmayer*
                PAUL A. ENGELMAYER
                United States District Judge

Dated: November 8, 2024
     New York, New York