UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARTIN GARCIA,

                                Plaintiff,

        -v-

560 NY MINI MARKET INC. *et al.*,

                               Defendants.

24 Civ. 4572 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at yesterday's conference, the Court hereby sets the following schedule and deadlines:

- The joint pretrial order will be due **May 9, 2025**.
- The final pretrial conference is scheduled for **June 12, 2025** at **2 p.m.** in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007.
- The bench trial will begin on **June 16, 2025**, a date convenient for all.

SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                      PAUL A. ENGELMAYER
                                                      United States District Judge

Dated: April 15, 2025
       New York, New York