UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARTIN GARCIA,

                          Plaintiff,

          -v-

560 NY MINI MARKET INC. *et al.*,

                          Defendants.

24 Civ. 4572 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      Trial in this case is scheduled to begin on June 16, 2025. *See* Dkt. 35. On May 19, 2025, defendants 560 NY Mini Market Inc. and Hazem M. Obaid filed a notice entitled "consent to change attorney" that states defendants' intention for a new counsel, Mohammad Sawaeer, Esq., to appear in lieu of current counsel, Enrique Leal, Esq. Dkt. 41. On May 21, 2025, the Court admonished that it would not consider permitting this substitution unless defendants submit a letter confirming their understanding that "the trial date, and all deadlines, remain in place, and that the substitution does not authorize defendants to relitigate issues, including scheduling issues, previously decided." Dkt. 42.

      Defendants have yet to submit such a letter. Unless defendants file such by **5:00 p.m. tomorrow, June 5, 2025**, the Court shall not permit them to substitute their counsel and will expect current counsel, Mr. Leal, to come fully prepared to the final pretrial conference scheduled for June 12, 2025. *See* S.D.N.Y. Local Civ. R. 1.4 (b) ("Except where an attorney has filed a notice of limited-scope appearance as set forth in subsection ( c ), an attorney who has appeared for a party may be relieved or displaced only by order of the court. Such an order may be issued following the filing of a motion to withdraw, and only upon a showing by affidavit or

otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case, and whether or not the attorney is asserting a retaining or charging lien.").

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: June 4, 2025
       New York, New York