UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARTIN GARCIA,

                          Plaintiff,

-v-

560 NY MINI MARKET INC. *et al.*,

                          Defendants.

24 Civ. 4572 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court held a final pretrial conference in this case today. It set the following schedule for trial:

- Monday, June 16, 2025, 10:30 a.m. to 5 p.m.: The parties shall deliver opening statements, followed by the plaintiff's case in chief.

- Tuesday, June 17, 2025: 10:30 a.m. to 2:25 p.m.: Plaintiff's case in chief shall continue.

- Wednesday, June 18, 2025, 9 a.m. to 5 p.m.: The defense shall present its case, followed by closing arguments.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: June 12, 2025
       New York, New York