UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARTIN GARCIA,

                      Plaintiff,

-v-

560 NY MINI MARKET INC. *et al.*,

                      Defendants.

24 Civ. 4572 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The plaintiff has accepted defendants' Rule 68 offer of judgment, *see* Dkt. 48-1, and counsel, at a conference this morning, confirmed that judgment may be entered. The Court respectfully directs the Clerk of Court forthwith to enter judgment consistent with the Rule 68 offer.

    SO ORDERED.

                                        *Paul A. Engelmayer*
                                        PAUL A. ENGELMAYER
                                        United States District Judge

Dated: June 16, 2025
       New York, New York