# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

MARTIN GARCIA,

                        Plaintiff,                      24 **CIVIL** 4572 (PAE)

       -against-                               **JUDGMENT**

560 NY MINI MARKET INC. et al.,

                        Defendants.

-----------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 16, 2025, Judgment is entered consistent with the Rule 68 offer. The Plaintiff, MARTIN GARCIA, has a judgment against 560 NY MINI MARKET INC. AND HAZEM M. OBAID jointly and severally, in the amount of Seventy-Eight Thousand Five Hundred and Sixty-Three Dollars ($78,563.00), which is inclusive of attorneys' fees, costs, and all claims alleged in the complaint.

**Dated:**  New York, New York

       June 16, 2025

                                                        **TAMMI M. HELLWIG**
                                                         **Clerk of Court**

                             **BY:**

                                                          **Deputy Clerk**