# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd St.  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

September 25, 2025

**BY ECF**  
Honorable Paul A. Engelmayer  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, New York 10007

    Re:    Garcia v. 560 NY Mini Market Inc., et al.; 24-cv-4572

Your Honor:

    We represent Plaintiff in the above referenced matter. We write pursuant to Fed. R. Civ. P. 37(a) and Local Civil Rule 37.2 to respectfully request a pre-motion conference in anticipation of Plaintiff's motion to compel Defendant Hazem Obaid's appearance at a post-judgment deposition.

    By way of background, on June 16, 2025, Plaintiff was granted a judgment against Defendants 560 NY Mini Market Inc. and Hazem M. Obaid in the amount of $78,563.00 (the "Judgment"). On August 27, 2025, in furtherance of Plaintiff's judgment collection efforts, and pursuant to Fed. R. Civ. P. 69, Plaintiff served Defendant Hazem Obaid with a Subpoena to Testify (the "Subpoena") at his place of business, 560 NY Mini Market. The Subpoena was accepted by a person who identified himself who as Defendant Obaid's co-worker. A copy of the Subpoena and Affidavit of Service are collectively attached as "Exhibit A." The Subpoena required Defendant Obaid to appear at this office for a deposition on September 22, 2025.

    On September 15, 2025, this office emailed Mr. Obaid's attorney, Mr. Alsawaeer, and reminded him that Defendant was scheduled to appear for a deposition on September 22, 2025. Both Mr. Obaid and his lawyer, Mr. Alsawaeer, failed to appear for the deposition on September 22, 2025.[1] The next day, September 23, 2025, I placed a good faith phone call to Mr. Alsawaeer in an effort to reschedule the deposition of Defendant Obaid. Mr. Alsawaeer answered my call and told me he would call me right back. He never did.

---

[1] I did have a conversation with defense counsel that day wherein he indicated Defendant Obaid would be coming to my office to try and settle the Judgment. This never materialized. At no time did I indicate to counsel that Mr. Obaid was relieved of his obligation to sit for the deposition.

*Certified as a minority-owned business in the State of New York*

      Unfortunately, it appears Mr. Obaid is unwilling to sit for a deposition voluntarily. As such, Plaintiff respectfully requests the Court compel Mr. Obaid's compliance with Plaintiff's subpoena.

                                        Respectfully submitted,

                                        /s/*Jesse Barton*
                                        Jesse Barton, Esq.

Encl.

Cc: Defendants' Attorney (Via ECF and email)

The Court is in receipt of plaintiff's letter requesting a pre-motion conference in anticipation of his motion to compel the appearance of defendant Hazem Obaid at a post-judgment deposition.

**Under the Court's Individual Rule 2(C), counsel for both parties must confer in good faith, in person or by telephone, no later than Monday, September 29, 2025, in an effort to resolve this dispute.**

If the parties reach agreement, or agreement in principle, that is likely to render plaintiff's request moot, plaintiff will file a letter withdrawing his request by Wednesday, October 1, 2025.

If the parties cannot agree, plaintiff will file an updated letter by Wednesday, October 1, 2025. Defendant will file a response by Monday, October 6, 2025.

SO ORDERED.

Date: September 25, 2025                             Paul A. Engelmayer
       New York, New York                      United States District Judge