UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARTIN GARCIA,

                          Plaintiff,

      -v-

560 NY MINI MARKET INC. *et al.*,

                          Defendants.

24 Civ. 4572 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On June 16, 2025, judgment was entered for plaintiff Martin Garcia against defendants 560 NY Mini Market Inc. and Hazem M. Obaid, jointly and severally, for $78,563. Dkt. 51. On August 27, 2025, in furtherance of plaintiff's efforts to collect this amount from defendants, plaintiff served Mr. Obaid with a subpoena to appear for a deposition on September 22, 2025. Dkts. 54, 54-1. On September 15, 2025, plaintiff emailed Mr. Obaid's attorney, Mohammad Faiz Alsawaeer, to reiterate that Mr. Obaid was scheduled to appear on September 22, 2025. Dkt. 54 at 1. Mr. Obaid did not appear for the September 22 deposition. *Id.* Plaintiff's counsel has repeatedly attempted to discuss Mr. Obaid's deposition with Mr. Alsawaeer, but has been unsuccessful. *Id.*

On September 25, 2025, plaintiff filed a letter, requesting that the Court compel Mr. Obaid's compliance with the subpoena. *Id.* The same day, the Court ordered counsel for both parties to confer by September 29, 2025; plaintiff to file a status update by October 1, 2025; and Mr. Obaid to respond by October 6, 2025. Dkt. 55. Plaintiff's counsel timely filed an update, stating that they had attempted to contact Mr. Obaid's attorney by email and telephone, but received no response. Dkt. 56. To date, Mr. Obaid has not filed a response.

In light of the above, the Court grants plaintiff's motion to compel Mr. Obaid to comply with the subpoena. Mr. Alsawaeer will communicate with plaintiff's counsel forthwith, and no later than October 14, 2025, to coordinate Mr. Obaid's deposition, which will take place by October 17, 2025. Plaintiff's counsel will promptly email this order to Mr. Alsawaeer and, if needed, attempt to contact him by telephone.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: October 10, 2025
New York, New York